IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIRLEY FUGATE and <br> MARION FUGATE <br><br> Plaintiffs, <br><br> v. <br><br> BAYER CORPORATION; <br> BAYER AG; <br> GLAXOSMITHKLINE, PLC; <br> GLAXOSMITHKLINE; <br> SMITHKLINE BEECHAM <br><br> Defendants. | : <br> : <br> : CIVIL ACTION NO. 02-CV-3374 <br> : <br> : <br> : <br> : <br> : <br> : ENTRY OF APPEARANCE <br> : <br> : <br> : <br> : <br> : <br> : |

## ENTRY OF APPEARANCE

To the Clerk of the Court:

    Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,

_____      _____
Hope S. Freiwald                                     Aline Fairweather


_____      _____
Alison T. Conn                                        Kirstin J. Miller


DECHERT PRICE & RHOADS
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19103-2793
(215) 994-4000